United State District Court

Southern District of New York

RECEIVED
SDNY PRO SE OFFICE
2016 SEP 20  AM 11: 29
S.D. OF N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/16

Civil Rights Act, 42 U.S.C

Jimmie Lloyd

         Plaintiff

                              Jury Trial Demanded

-Against-

PO Officer Jimmy Perez #8269

PO Officer Shawn Moynihan #3203

Housing Bureau Police Service Area 7

New York City Police Department

737 Melrose Avenue

Bronx N.Y 10455

AMENDED
Complaint
15CV 8539

## Preliminary Statement

This civil action involves an intentional violation under state law to unlawfully deprive the Plaintiff of the Fifth, Eighth and Fourteenth Amendment of the United States Constitution.

## Jurisdiction of the District Court

**Amendment V:** Specifically concerning criminal action. Nor shall any state deprive one of their life, liberty or property without

. Due Process of the law. Nor shall any private property be taken for public use without just compensation

**Amendment VIII:** Forbids excessive bail or fines nor cruel and unusual punishment.

**Amendment XIV:** No state shall make or enforce any which abridge the privileges or immunities of citizens of the United States. Nor shall any state deprive any person of life, liberty or property without Due Process of the law. Nor deny any person within its jurisdiction of equal protection of the law.

## Parties to this Action

1) Jimmie Lloyd
2) Jimmy Perez
3) Shawn Moynihan
4) The City of New York

## Statement of Claim

On or about December 18, 2014 at approximately 6:45pm. I the plaintiff Jimmie Lloyd was pulled Over by two N.Y.P.D Officers Jimmy Perez and Shawn Moynihan. These two officers approached my Vehicle and told me my plates were fake. Then they asked for my license and registration in which I complied. The two officers went back to their car only to return in minutes saying please step out of the car. I ask these two officers what the problem was and again they said my temporary plates were fake. At this point I express to the two officers that I brought the vehicle in New Jersey and the plates are not Fake there registered in New Jersey. I asked for permission to show them all my paperwork and after Viewing the paper work, I was cuffed and taken to the Housing Bureau Police Service Area 7 at 737 Melrose Avenue Bronx New York 10455. I was held there four hours because the two officers in the above caption didn't know if I was eligible for a desk appearance ticket. After holding me 4 four hours I was given a D.A.T and released. My vehicle was confiscated for 4 days until I was able to get back to the dealer in New Jersey. The dealer showed me that my vehicle was in fact registered with the Department of Motor Vehicles in New Jersey. I returned back to the Housing Bureau Police Service Area 7 days later with a new set of temporary plates with the same numbers to retrieve my vehicle. The Sergeant at the front desk told me ok if you want to take a chance with those plates again have fun.
I ask the Sergeant for the names of the two officers that arrested me and the Sergeant refused to Furnish their names. I left the Station House and went to get my car. A month later in January of 2015 I Went to answer the D.A.T at the Bronx court house located at 161st in the Bronx. After several attempts at trying to address the matter with the courts I told by the court clerk that officer Jimmy Perez and officer Shawn Moynihan never submitted the D.A.T with the court system. I grow furious at this point because Abduction as well the confiscation of my vehicle.

## Relief Sought

The plaintiff seeks for the jury to recommend the criminal prosecution of Officer Jimmy Perez and Officer Shawn Moynihan by the Attorney General for the Racial Profiling, forced Abduction and the Confiscation of my vehicle.

The plaintiff seeks and order of protection against both officers Jimmy Perez and Shawn Moynihan By the Attorney General for the civil right violations as well the unlawful use of power.

The plaintiff recommends compensatory damage in the amount of one Hundred Thousand dollars ($100,000,00) from both officers Jimmy Perez and Shawn Moynihan in their individual capacity as well Their official capacity and for the jury recommendation on the latter.

The plaintiff Miranda Rights (Due Process) was also violated and the City of New York should be held Accountable for the lack of training on behalf of officer Jimmy Perez and Shawn Moynihan.

The plaintiff recommend that the court apply the rules of direct and indirect liability and or the jury to recommend compensatory damages for whatever they deem fitting.